HOCHBERG v. SCHACHNER. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Rosie Hochberg against Bernard Schachner. No opinion. Motion granted, with $10 costs. Order filed.

HOFFERBERTH v. NASH. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Charles Hofferberth against George Nash. No opinion. Motion granted. Settle order on notice.

HOFFMAN, Respondent, v. LUBETKIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Samuel Hoffman against Nathan Lubetkin. No opinion. Judgment and order unanimously affirmed, with costs.

HOFFMAN, Appellant. v. UNION DIME SAVINGS INSTITUTION, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by George Hoffman, as administrator, against the Union Dime Savings Institution. I. B. Louis, for appellant. C. N. Bovee, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. McLAUGHLIN, J., dissents.

HOLLENBECK, Appellant, v. GREENE, Respondent. (Supreme Court, Appellate Division, Third Department. March 28, 1907.) Action by Fred W. Hollenbeck against Albert C. Greene. No opinion. Motion granted, with $10 costs, unless the appellant, within 20 days, procures the case to be served and filed and pays the respondent $10 costs, in which event, motion denied, without costs.

HOLME. Appellant, v. HOLME, Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Lizzie H. Holme against Leicester Holme. N. Cohen, for appellant. D. McCurdy, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HOPKINS, Respondent, v. CALLESON HORSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Clarence E. Hopkins against the Calleson Horse Company. No opinion. Motion denied, with $10 costs.

HOUSE OF THE GOOD SHEPHERD, Respondent, v. CANDEE & KREKELER CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by the House of the Good Shepherd against the Candee & Krekeler Company. No opinion. Final order of the Municipal Court affirmed, with costs.

HOVER, Respondent, v. DUNNE, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Joseph Hover, as temporary administrator, etc., against Margaret Dunne, impleaded with others. A. Ledwith, for appellant. L. Lally, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HOWELL, Respondent, v. NEW YORK HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by William Howell against the New York Herald Company. R. W. Candler, for appellant. M. Dolphin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HUNTER v. MUTUAL RESERVE LIFE INS. CO. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Wilson R. Hunter against the Mutual Reserve Life Insurance Company. No opinion. Motion granted. Order filed.

HUNTINGTON, Respondent, v. HUDSON VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Erastus J. Huntington against the Hudson Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HUNTINGTON TUMBLER CO., Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by the Huntington Tumbler Company against Herman Cohen and another. No opinion. Appeal from judgment of the Municipal Court dismissed by default, with costs.

HUTCHINSON, Appellant, v. WARD et al., Respondents. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Robert H. Hutchinson, Jr., against Caroline S. Ward and another. P. H. Vernon, for appellant. E. L. Mooney, for respondents. PER CURIAM. Judgment and order affirmed, with costs. Order filed. INGRAHAM, J., dissents.

HYER, Respondent, v. CITY OF CORTLAND, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Palmer Hyer against the city of Cortland. No opinion. Judgment and order unanimously affirmed, with costs.

INTERNATIONAL TEXT-BOOK CO., Appellant, v. ROSENBURGH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by the International Text-Book Company against Ernest Rosenburgh. No opinion. Judgment affirmed, with costs.

JACKSON, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Suzette Jackson against De Witt C. Moore. No opinion. Judgment and order unanimously affirmed, with costs.

JACOBS, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appel-